# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

*In re:*                                          *

LECIA HARBACEVICH                      *        Case No. 18-50186
DANIEL HARBACEVICH

                                                 *        Chapter 13

           Debtors                               *

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Woehrle Dahlberg Jones Yao, PLLC, by counsel, hereby gives notice that Jeremy C. Huang withdraws from the instant bankruptcy case.

PLEASE TAKE FURTHER NOTICE that Mark J. Dahlberg will replace Jeremy C. Huang as counsel for the Debtor(s) in the instant bankruptcy case.

WOEHRLE DAHLBERG JONES YAO PLLC
By Counsel:

By:
**/s/ Jeremy C. Huang**
Jeremy C. Huang, Bar # 76861

**/s/ Mark J. Dahlberg**
Mark J. Dahlberg, Bar # 79569
WOEHRLE DAHLBERG JONES YAO PLLC
2016 Lafayette Blvd., Suite 101
Fredericksburg, VA 22401
(540) 898-8881
mdahlberg@lawfirmvirginia.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system.

**/s/ Mark J. Dahlberg**
Mark J. Dahlberg