

**SIGNED THIS 30th day of September, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re
**Lecia W Harbacevich**                                    **Chapter 13**
**Daniel Harbacevich**                                     **Case No 18-50186**
**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 8/6/2018, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**The plan is amended in Part 3.2 to clarify and direct the Trustee to disburse payments of $281.32 per month for 36 months to Wells Fargo, pursuant to claim # 2.**

**The plan is amended in Part 3.2 to clarify and direct the Trustee to disburse payments of $13 per month for 36 months to Wells Fargo, pursuant to claim # 3.**

**The plan is amended in Part 3.1 to clarify that the Debtor, and not the Trustee, will maintain current contractual installment payments to American Honda Finance.**

**Plan must pay 100% to all unsecured creditors pursuant to 11 U.S.C. §1325(b)(1)(B) [Disposable Income], and Debtor(s) shall amend this confirmed plan to pay 100% if allowed claims exceed plan funding.**
**Trustee withdraws Motion to Dismiss.**

***End of Order***

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

SEEN AND AGREED

/s/ Mark J. Dahlberg
Mark J. Dahlberg
VSB # 79569
Woehrle Franklin Dahlberg Jones PLLC
2016 Lafayette Blvd, Ste 101
Fredericksburg, VA 22401
540-898-8881
Fax : 540-898-0755
Email: mark.dahlberg1@gmail.com

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.